# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| REX GUNTHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15CV1851 NCC |
| ) | |
| RICHARD GOWDY, et al., ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On February 16, 2016, service was returned unexecuted for defendant Sue Hagan because she no longer works for the State of Missouri. As a result, the Court will order counsel for defendants Richard Gowdy and Julie Inman to submit the last known home address for Hagan under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that counsel is directed to submit the last known home address for Sue Hagan to the Court, under seal and *ex parte*, no later than twenty-one (21) days from the date of this Order.

Dated this 17th day of February, 2016.

/s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE